# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MENDOZA and AGUSTIN FERNANDEZ, individually and on behalf of all other persons similarly situated and on behalf of the general public,<br><br>             Plaintiffs,<br><br>      vs.<br><br>DIAMOND ENVIRONMENTAL SERVICES, LLC, a California limited liability company; ERIC DE JONG, an individual; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 07-CV-0056 BTM (POR)<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hearing:     TBD<br>Time:         TBD<br>Courtroom:  15<br><br>[NO ORAL ARGUMENT PER LOCAL RULE] |

WHEREAS, Plaintiffs JUAN MENDOZA and AGUSTIN FERNANDEZ and Defendants DIAMOND ENVIRONMENTAL SERVICES, LLC and ERIC DE JONG, through their respective counsel of record, jointly moved on September 12, 2007 for an order for permission for plaintiffs to file a Second Amended Complaint,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Order Granting Leave To File Second Amended Complaint**

1  FOR GOOD CAUSE SHOWN, the Court hereby GRANTS leave for plaintiffs to file the Second Amended Complaint attached to the September 12, 2007 STIPULATION TO FILE SECOND AMENDED COMPLAINT as "Exhibit A," and hereby ORDERS that the Second Amended Complaint be deemed filed and served.

*DATED: October 5, 2007*

*Honorable Barry Ted Moskowitz*
*United States District Judge*

**Order Granting Leave To File Second Amended Complaint**